912

No. 887. WEBSTER ROSEWOOD CORP. v. SCHINE CHAIN THEATRES, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Francis Thomas Anderson* for petitioner. *James O. Moore, Jr.* for respondents.

No. 890. DIVISION OF NATIONAL MISSIONS OF THE BOARD OF MISSIONS OF THE METHODIST CHURCH ET AL. v. KOERNER, ADMINISTRATOR. Supreme Court of Kansas. Certiorari denied. *Ralph Bush Foster* for petitioners.

No. 892. FOSTER ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *John K. Pickens* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Meyer Rothwacks* for the United States.

No. 923. DE NIRO v. OHIO EX REL. BEIL, PROSECUTING ATTORNEY. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Paul W. Brown* for petitioner. *Thomas A. Beil* for respondent.

No. 362, Misc. HIGHTOWER v. BIBB, DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY, ET AL. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se*. *Latham Castle*, Attorney General of Illinois, for respondents.

No. 647, Misc. DORNBLUT v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.